IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00443-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ROGELIO HERRERA HERNANDEZ;
   a/k/a Eutimio Herrera;
   a/k/a Chango; and
2. **EUCEBIO BELTRAN URIARTE,**
   a/k/a "Baby,"
   a/k/a "Chinola,"

    Defendants.

---

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits (Motion) **(#53)** filed February 20, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, copies of the transcript of testimony given before the Grand Jury and other Grand Jury materials shall be disclosed to the attorney for the Defendant in the above captioned case for preparation for trial.

DATED this 20th day of February, 2013.

                                         **BY THE COURT:**

                                         *Marcia S. Krieger* (signature)

                                         Marcia S. Krieger
                                         Chief United States District Judge