IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00443-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSE ROGELIO HERRERA HERNANDEZ;
     a/k/a Eutimio Herrera;
     a/k/a Chango; and
2.     **EUCEBIO BELTRAN URIARTE,**
     a/k/a "Baby,"
     a/k/a "Chinola,"

       Defendants.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce the body of **EDGAR MARCELINO ESCOBEDO** before a United States Judge to testify at the trial beginning on April 1, 2013, and to hold him at all times in his custody as an agent of the United States of America until final conclusion of his appearances and testimony in the above-captioned matter, thereafter to return the said person to the institution wherein now confined.

Dated this 20th day of March, 2013.

                            **BY THE COURT:**

                            */s/ Marcia S. Krieger*
                            _____

                            Marcia S. Krieger
                            Chief United States District Judge